IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUT

THOMAS RHODES, )
     )
 Plaintiff-Appellant, )  Appeal No. 26-1769
     )
 v.    )
     )
MICHAEL MCGEE, et al., )
     )
 Defendants-Appellees. )

## **Plaintiff-Appellant's Statement of Appendix Preparation**

Pursuant to this Court's Appeal Briefing Schedule Order,

Plaintiff-Appellant Thomas Rhodes hereby provides notice that his

counsel has conferred with Defendants-Appellees' counsel to determine

the method of appendix preparation, and that the parties have agreed

to prepare a joint appendix pursuant to Eighth Circuit Rule 30A(b)(2).

Dated: May 8, 2026

        Respectfully submitted,

        /s/ Brad J. Thomson
        Brad J. Thomson
        PEOPLE'S LAW OFFICE
        1180 N. Milwaukee Ave.
        Chicago, IL 60642
        (773) 235-0070
        brad@peopleslawoffice.com

# CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Brad J. Thomson
Brad J. Thomson